# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In re:
LAKEVIEW LOAN SERVICING LLC

Proceedings to Enforce
Fed.R.Bankr.P. 9036                                       Misc. Proceeding No.: 22−00101−BLS


**ORDER REQUIRING LAKEVIEW LOAN SERVICING LLC TO APPEAR THROUGH COUNSEL AT A STATUS CONFERENCE ON 4/12/22**

The Administrative Office of the United States Courts has advised the Court that LAKEVIEW LOAN SERVICING LLC has been designated as a high−volume paper−notice recipient of bankruptcy notices under Federal Rule of Bankruptcy Procedure 9036.  A high−volume paper−notice recipient is currently defined as an entity that has been mailed 100 or more notices in any calendar month by the Bankruptcy Noticing Center.  Federal Rule of Bankruptcy Procedure 9036 mandates that high volume recipients (with limited exceptions) must receive electronic notices.

The Administrative Office of the United States Courts has advised the Court that LAKEVIEW LOAN SERVICING LLC has failed to register to receive electronic bankruptcy notices.

On  4/12/22 at 10:00 AM the Court will conduct a status conference to determine what action should be taken to compel LAKEVIEW LOAN SERVICING LLC (if necessary) to comply with Federal Rule of Bankruptcy Procedure 9036. The hearing will be held virtually. LAKEVIEW LOAN SERVICING LLC is ordered to appear at the status conference through counsel by registering at the following link: https://tinyurl.com/yckkt8f8 no later than 12:00 PM, one business day prior to the hearing to sign up. Participants should log into the hearing not later than 10 minutes prior to the start of the scheduled hearing to ensure proper connection. Counsel should be prepared to advise the Court on the steps that LAKEVIEW LOAN SERVICING LLC is taking to assure comprehensive compliance with Federal Rule of Bankruptcy Procedure 9036[1].

In lieu of attendance at the scheduled status conference, LAKEVIEW LOAN SERVICING LLC may complete and file *Exhibit A*, confirming that it has completed its registration for electronic noticing and will receive court notices at an email address chosen by the entity[2]. Alternatively, LAKEVIEW LOAN SERVICING LLC may complete and file *Exhibit B*, confirming that it wishes to receive its court notices at an electronic account created for the entity by the Bankruptcy Noticing Center.  Any completed exhibit and accompanying materials must be filed with the Court not less than 72 hours prior to the commencement of the scheduled status conference. The Court will accept filing via United States mail or electronically using the event "Response to Order Requiring Electronic Bankruptcy Noticing".

The Clerk will serve this on LAKEVIEW LOAN SERVICING LLC by United States mail and file a Certificate of Service.


Date: 3/22/22

Brendan Linehan Shannon
Bankruptcy Judge

---

[1] In addition to any appropriate sanctions, failure to comply with this Order or register for electronic noticing will result in the cessation of paper noticing from the U.S. Bankruptcy Courts and the creation of an electronic account for you by the Bankruptcy Noticing Center, as set forth in Exhibit B.

[2] Registration for electronic bankruptcy noticing is at the following web site: https://bankruptcynotices.uscourts.gov/register

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In re: LAKEVIEW LOAN SERVICING LLC                    Misc. Proceeding No.:22−00101−BLS

Proceedings to Enforce

Fed.R.Bankr.P. 9036

### *STATEMENT CONFIRMING REGISTRATION FOR ELECTRONIC BANKRUPTCY NOTICING*

This Statement is filed on behalf of LAKEVIEW LOAN SERVICING LLC .

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature:_____

Typed Signature:_____

Date:_____

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In re: LAKEVIEW LOAN SERVICING LLC                              Misc. Proceeding No.:22−00101−BLS

Proceedings to Enforce

Fed.R.Bankr.P. 9036

*STATEMENT ACCEPTING ELECTRONIC COURT NOTICES AT AN ACCOUNT CREATED BY THE BANKRUPTCY NOTICING CENTER*

This Statement is filed on behalf of LAKEVIEW LOAN SERVICING LLC .

The entity identified above is aware that, beginning on May 23, 2022, it will no longer be sent paper bankruptcy notices from the U.S. Bankruptcy Courts. The entity confirms that it wishes to receive its bankruptcy notices from the U.S. Bankruptcy Courts at an electronic account created for the entity by the Bankruptcy Noticing Center. The entity confirms that it will take the necessary steps to access the electronic account in accordance with the instructions provided to the entity in separate letters from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature:_____

Typed Signature:_____

Date:_____

United States Bankruptcy Court
District of Delaware

In re:                                                                                                  Case No. 22-00101-BLS
                                                                                                        Chapter

LAKEVIEW LOAN SERVICING LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1 | User: admin | Page 1 of 1
Date Rcvd: Mar 22, 2022 | Form ID: van500 | Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

**Recip ID**      **Recipient Name and Address**
dft      LAKEVIEW LOAN SERVICING LLC, M&T BANK, PO BOX 840, BUFFALO, NY 14240-0840

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 24, 2022      Signature:      /s/Joseph Speetjens