# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

In re:
LAKEVIEW LOAN SERVICING LLC

Proceedings to Enforce
Fed.R.Bankr.P. 9036                                   Misc. Proceeding No.: 22−00101−BLS

**ORDER**

On March 22, 2022, the Court entered an Order [Docket No. 1] that directed **LAKEVIEW LOAN SERVICING LLC** ("Respondent") to appear at a hearing set for April 12, 2022 (the April 12 Hearing"). The purpose of April 12 Hearing was to afford Respondent an opportunity to appear and be heard as to why it should not be registered to receive electronic notices instead of paper notices. The Order further specified that, in the absence of any response or appearance by Respondent at the April 12 Hearing, the Court would discontinue providing paper notices and would register it for electronic noticing.

The record reflects that no formal or informal response was received from Respondent. The record further reflects that Respondent did not appear at the April 12 Hearing.

Based on the record in this matter, it is hereby ORDERED (i) that the Court shall cease to provide paper noticing to Respondent, and (ii) that the Clerk of the Court shall take all necessary steps to ensure that Respondent is registered to receive electronic noticing.

Beginning on May 23, 2022, Respondent will no longer be sent paper notices from the United States Bankruptcy Courts, as directed by Fed. R. Bankr. 9036. If Respondent does not register for electronic bankruptcy noticing, its court−generated notices will be sent to a default electronic account, and instructions to access this account will be mailed to Respondent in a separate notice by the Bankruptcy Noticing Center.

Brendan Linehan Shannon
Bankruptcy Judge

Date: 5/9/22

United States Bankruptcy Court
District of Delaware

In re:  Case No. 22-00101-BLS

Chapter

LAKEVIEW LOAN SERVICING LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 1
Date Rcvd: May 09, 2022      Form ID: van500a      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | LAKEVIEW LOAN SERVICING LLC, M&T BANK, PO BOX 840, BUFFALO, NY 14240-0840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | ^ MEBN | May 09 2022 19:48:17 | LAKEVIEW LOAN SERVICING LLC, M&T BANK, PO BOX 840, BUFFALO, NY 14240-0840 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2022      Signature:      /s/Gustava Winters